USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/12/26_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOHO CO., LTD.,<br><br>　　　　　　　Plaintiff,<br><br>　　- against -<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　　　　Defendants. | **26-CV-1871 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

Pursuant to the Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order (Dkt. No. 18) entered in this action on March 6, 2026, a hearing shall be held March 20, 2026, at 2:00 p.m., concerning Plaintiff's request for a preliminary injunction. The hearing will be held before Judge Loretta Preska, sitting in Part I, in Courtroom 12A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Any papers in opposition to the entry of a preliminary injunction shall be filed and served on or before March 13, 2026.

Plaintiff is hereby directed to serve Defendants with a summons, a copy of the Complaint, the Temporary Restraining Order, and all other relevant papers, pursuant to the procedures described in the Temporary Restraining Order, and

to certify service on the docket prior to the March 20, 2026, hearing.

**SO ORDERED.**

Dated:     12 March 2026
           New York, New York

_____
Victor Marrero
U.S.D.J.

2