USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/16/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TOHO CO., LTD.,

                    Plaintiff,

          - against -

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

                    Defendants.

---

**26-CV-1871 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

For the reasons given in Plaintiff's letter motion (Dkt. No. 25) for an extension of the Temporary Restraining Order ("TRO") previously entered in this matter (Dkt. No. 18), as well as those enumerated in the TRO, the Court finds good cause to extend the TRO. The TRO is hereby extended for a period of fourteen (14) days to April 3, 2026.

The show cause hearing regarding Plaintiff's request for a preliminary injunction is hereby adjourned to April 3, 2026, at 2:00 p.m. Any papers in opposition to the entry of a preliminary injunction shall be filed and served on or before March 27, 2026.

Plaintiff is directed to serve Defendants with a copy of this Order.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 25.

2

**SO ORDERED.**

Dated:    16 March 2026
          New York, New York

_____
Victor Marrero
U.S.D.J.

2