# Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | ahlabuy | Standalone | ahlabuy.com |
| 2 | akiomakes | Standalone | akiomakes.com |
| 3 | amazinghoodie | Standalone | amazinghoodie.com |
| 4 | ANASLADY | Standalone | anaslady.com |
| 5 | animefwiw | Standalone | animefwiw.com |
| 6 | Animeoutletshop | Standalone | animeoutletshop.com |
| 7 | Army Merch Shop | Standalone | armymerch.shop |
| 8 | Aylesbury Skateboards | Standalone | aylesburyskateboards.co.uk |
| 9 | BABYANIMAL | Standalone | babyanimal.shop |
| 10 | bestdvibe | Standalone | bestdvibe.com |
| 11 | casecentro | Standalone | casecentro.com |
| 12 | Cherrie Baby Boutique | Standalone | cherriebaby.com.au |
| 13 | CHICHIM | Standalone | chichim.com |
| 14 | chickenpod | Standalone | chickenpod.us |
| 15 | DAYMIRA | Standalone | daymira.com |
| 16 | Division Case | Standalone | divisioncase.com |
| 17 | dogknightsproductions | Standalone | dogknightsproductions.com |
| 18 | DTrend | Standalone | dashikitrend.com |
| 19 | DyKeycap Artisan | Standalone | dykeycap.com |
| 20 | elevenGK | Standalone | 1elevengk.com |
| 21 | Entertainment Earth | Standalone | entertainmentearth.com |
| 22 | EXIT SKATE SHOP | Standalone | exit.mo |
| 23 | Family Gift | Standalone | family-gift.com |
| 24 | Flazzstore Indonesia | Standalone | flazzstoreindonesia.com |
| 25 | funkytshirt | Standalone | funkytshirt.net |
| 26 | FYLZGO Signs | Standalone | lz-go.com |
| 27 | G4SKY | Standalone | g4sky.net |
| 28 | gamesanimationcollectibles | Standalone | gamesanimationcollectibles.com |
| 29 | gearfandom | Standalone | gearfandom.com |
| 30 | GEARHUMANS | Standalone | gearhumans.com |
| 31 | Giftvoy | Standalone | giftvoy.com |
| 32 | GunDamit | Standalone | 1gundamit.com |
| 33 | Hallowitch Costumes | Standalone | hallowitchcostumes.com |
| 34 | HBX | Standalone | hbx.com |
| 35 | hhoodie | Standalone | hhoodie.com |
| 36 | HiKESHi SPiRiT | Standalone | 1hikeshispirit.com |
| 37 | Hoodieshow | Standalone | hoodieshow.com |

| 38 | hoodifize | Standalone | hoodifize.com |
|---|---|---|---|
| 39 | Hooshops | Standalone | 1hooshops.com |
| 40 | Hoosshop | Standalone | hoosshop.com |
| 41 | igtr.store | Standalone | igtr.store |
| 42 | japan-figure | Standalone | 1japan-figure.com |
| 43 | Johnny Ruth | Standalone | johnnyruth.com |
| 44 | Jonvidesign | Standalone | jonvidesign.com |
| 45 | kaioland | Standalone | kaioland.com |
| 46 | Kawaii Kids | Standalone | kawaiikids.com.au |
| 47 | lameagor | Standalone | lameagor.com |
| 48 | magichoodies | Standalone | magichoodies.com |
| 49 | MenModeX | Standalone | menmodex.com |
| 50 | mihoodie | Standalone | mihoodie.com |
| 51 | miraicollectibles | Standalone | miraicollectibles.com |
| 52 | Motifgo | Standalone | motifgo.com |
| 53 | mozfigure | Standalone | 1mozfigure.com |
| 54 | Mxcostume | Standalone | mxcostume.com |
| 55 | NeatoShop | Standalone | neatoshop.com |
| 56 | nin-nin-game | Standalone | 1nin-nin-game.com |
| 57 | NOHOW | Standalone | nohowstyle.com |
| 58 | NOXFAN | Standalone | noxfan.com |
| 59 | ohmyprimus | Standalone | ohmyprimus.com |
| 60 | ovaventure | Standalone | ovaventure.com |
| 61 | Owl Ohh | Standalone | owlohh.com |
| 62 | Perspirature | Standalone | 1perspirature.com |
| 63 | play-asia | Standalone | play-asia.com |
| 64 | pleasantswear | Standalone | pleasantswear.com |
| 65 | POPPING FIDGETS | Standalone | 1poppingfidgets.com |
| 66 | ROCK YOUR BABY | Standalone | rockyourbaby.com |
| 67 | sherateen | Standalone | sherateen.com |
| 68 | Skitongifts | Standalone | skitongifts.com |
| 69 | SOPULA | Standalone | sopula.com |
| 70 | Starlystar | Standalone | starlystar.com |
| 71 | sunjimise | Standalone | sunjimise.com |
| 72 | swaggerlikeme | Standalone | swaggerlikeme.com |
| 73 | Teefufu | Standalone | teefufu.com |
| 74 | The New Shirt Shop | Standalone | thenewshirtshop.com.au |
| 75 | tnsfigures | Standalone | 1tnsfigures.com |
| 76 | tokyo-tiger | Standalone | tokyo-tiger.com |
| 77 | Toptidez | Standalone | toptidez.com |
| 78 | TopWear | Standalone | topwear.shop |

| 79 | Tuned. Shop | Standalone | tunedshop.com |
|---|---|---|---|
| 80 | Uflashion | Standalone | 1uflashion.com |
| 81 | Uifami | Standalone | uifami.com |
| 82 | VChics | Standalone | vchics.com |
| 83 | VCR Zone | Standalone | vcr.zone |
| 84 | Vercoo | Standalone | 1vercoo.com |
| 85 | Vintage & Rags | Standalone | vintage-rags.de |
| 86 | wishiny | Standalone | wishiny.com |
| 87 | WorldWideShirt | Standalone | worldwideshirt.com |
| 88 | Yiyang Xing Digital Technology Longyan Co Ltd | Standalone | 1yiyangxing.com |
| 89 | Quocoa | Standalone | store.quocoa.com |
| 90 | UP-NEXT | Standalone | zh.up-next.com.hk |
| 91 | Shark Shirts | Standalone | sharkshirts.in |
| 92 | animehoodie | Standalone | animehoodie.com |
| 93 | Aussie Toys Online | Standalone | aussietoysonline.com.au |
| 94 | Chronicles INC | Standalone | 1chroniclesinc.sg |
| 95 | iloveminti | Standalone | iloveminti.com |
| 96 | Liberty Co AU | Standalone | libertyco.com.au |
| 97 | Minifigure Gifts | Standalone | minifiguregifts.com |
| 98 | NOWADAYS | Standalone | nowadays.com |
| 99 | Retro Styler | Standalone | retrostyler.com |
| 100 | shredzshop | Standalone | shredzshop.com |
| 101 | tokyotoms | Standalone | tokyotoms.com |
| 102 | VCR Zonee | Standalone | vcr.zonee |
| 103 | anhuishengquanjianzhulaowufenbao | Amazon | A3UAVM70IUN2AD |
| 104 | Cute-patch | Amazon | A2ODV67K35OZUD |
| 105 | duwentao123456 | Amazon | A34USC3L2C28RI |
| 106 | fuyangchezhihuaqichefuwu | Amazon | ADV1I08LG9MM3 |
| 107 | GAWEAME | Amazon | A10BT4DK2R14JK |
| 108 | HAIYOUBAI | Amazon | A1OK311JMEEZYF |
| 109 | HeBiBaoYueJianCaiYouXianGongSi | Amazon | A35KBK7WJNMWIF |
| 110 | HUU TUE | Amazon | A1X38W5O0YY5VL |
| 111 | Japan E-trade Online | Amazon | A1V7DF8B30ARTP |
| 112 | NXJRDS | Amazon | A10RPGVIVFE22G |
| 113 | Shunrule Trading | Amazon | A3W3WQMWT979W2 |
| 114 | shuowangweishangmaoyouxiangongsi | Amazon | A3OHA6N9WB4SIH |
| 115 | Thunder Japan | Amazon | AUBN54HLJKC0N |
| 116 | WWJLK | Amazon | A3DZV8Q0PKREY8 |
| 117 | zanlin | Amazon | A2TALNQINX2WBI |
| 118 | ZHOUYANGMAIWAODIAN | Amazon | A39TX28AB7PWIZ |
| 119 | CDFM | Walmart | 101694685 |

| 120 | Chunfang Toys store | Walmart | 101643822 |
|---|---|---|---|
| 121 | Circleprints | Walmart | 102506716 |
| 122 | cunkangshangmao | Walmart | 102514530 |
| 123 | cyudhjiuykiit | Walmart | 102576546 |
| 124 | Enjoy trade | Walmart | 102485945 |
| 125 | Fashion Icon | Walmart | 101645682 |
| 126 | Fearlessin | Walmart | 101184512 |
| 127 | foshanshiheguyiqishangmao | Walmart | 101654342 |
| 128 | GCTOYS COLLECTION | Walmart | 101625444 |
| 129 | GuangZhouFuLong | Walmart | 102483567 |
| 130 | guchengxianquyanshangmaoyouxiangongsi | Walmart | 101644032 |
| 131 | Heavenly gifts | Walmart | 102571020 |
| 132 | jinanningboxinxikeji | Walmart | 102496803 |
| 133 | jincheng8888 | Walmart | 101666261 |
| 134 | leiliang | Walmart | 102495526 |
| 135 | longhaixinghuigongyinglian | Walmart | 101651803 |
| 136 | MingYuanDian | Walmart | 101695713 |
| 137 | Moyanwangluo | Walmart | 102479387 |
| 138 | Pertemba US | Walmart | 101046686 |
| 139 | qianfumaoyi | Walmart | 101690509 |
| 140 | qingyinli | Walmart | 101691938 |
| 141 | Rongwang Lighting store | Walmart | 101685516 |
| 142 | shenzhenshipuyukeji | Walmart | 101642277 |
| 143 | TianChen | Walmart | 101659818 |
| 144 | Walqfu | Walmart | 101613988 |
| 145 | YinFengBeauty | Walmart | 101650727 |
| 146 | yiqimaoyi | Walmart | 101671355 |
| 147 | YUNZONG | Walmart | 101662955 |
| 148 | Z-Edge Ensemble | Walmart | 102502642 |
| 149 | zhangyuanyun | Walmart | 101653586 |
| 150 | ZhongXiangShi | Walmart | 101695091 |