USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/2/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TOHO CO., LTD.,<br><br>                    Plaintiff,<br><br>        - against -<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED<br>LIABILITY COMPANIES, PARTNERSHIPS, AND<br>UNINCORPORATED ASSOCIATIONS IDENTIFIED<br>ON SCHEDULE A TO THE COMPLAINT,<br><br>                    Defendants. | **26-cv-1871 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

A show cause hearing in this matter is scheduled for April 3, 2026, at 2:00 p.m. The hearing will be held via video conference. Public and press may dial in to listen by phone at +1 646-453-4442, phone conference ID: 171 083 368#. All non-parties must mute their phones upon joining. All participants and listeners are advised that only official court reporters may record court hearings. Any unauthorized recording or rebroadcasting of the hearing in whole or in part would be in violation of Court Rules.

**SO ORDERED.**

Dated:     2 April 2026
           New York, New York

_____
         Victor Marrero
         U.S.D.J.