UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/26

TOHO CO., LTD.,

No. 26-CV-1871

Write the full name of each plaintiff or petitioner.

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY

COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

Write the full name of each defendant or respondent.

No. 1871 CV 1871

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on unable - out of country.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   - [x] a computer with internet access and a word processor

     type of computer I will be using: Linux Desktop

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: LibreOffice

- ▣ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system
- ▣ a scanner to convert documents that are only in paper format into electronic files

  scanning equipment I will be using: Canon MG2560

- ▣ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

  version of PDF reader and writer that I will be using: Mozilla Firefox

- ▣ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

26 June 2026
Dated

Signature

Robert Miller (listed as Doe No.74 - The New Shirt Shop)
Name

U5 24 Cromdale Street Mortdale - Australia NSW 2223
Address City State Zip Code

+61404779079
Telephone Number

millerprintdesign@protonmail.com
E-mail Address

Request **GRANTED.**

The request to participate in electronic case filing is granted.

**SO ORDERED.**

7/6/26
DATE

VICTOR MARRERO, U.S.D.J.