USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOHO CO., LTD.,<br>Plaintiff,<br>- against -<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br>Defendants. | **26-cv-1871 (VM)**<br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

Defendant The New Shirt Shop, who is proceeding *pro se*, has filed a Motion to Dismiss. (Dkt No. 77.) The Court directs Defendant to file the following forms if not already filed:

1. Defendant must file a Notice of Pro Se Appearance and provide all contact information in this Notice;
2. Defendant may file a Consent to Electronic Service to receive notification by email of all filings in this action. Instructions on this electronic service option are available here.

The Clerk of Court is directed to:

1. Add the PRO SE DFT Flag to this action
2. Add the following address to the docket: U5 24 Cromdale Street, Mortdale, New South Wales, Australia 2223

3. Mail, or email should Defendant consent to electronic service, the Defendant the Information Package for Defendants and note the mailing on the docket
4. Add CASE MANAGEMENT NOTE to the docket
5. Mail, or email should Defendant consent to electronic service, a copy of this order to the following address:

   U5 24 Cromdale Street, Mortdale, New South Wales, Australia 2223

   millerprintdesign@protonmail.com

Additionally, the Defendant's Motion was filed without a prior exchange of pre-motion letters as required by Section II(B)(1) of this Court's Individual Practices. Plaintiff is instructed to regard Defendant's filing as the initial pre-motion letter under that Section and to respond to Defendant by letter, with a copy to the Court, within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated: 14 August 2026
New York, New York

Victor Marrero
U.S.D.J.