AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

TOHO CO., LTD

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

*Defendant(s)*

Civil Action No. 26-cv-1871

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC,
57 West, 57th Street,
3rd and 4th Floors,
New York, NY, 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-1871

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* defendants listed on shedule a attached hereto was received by me on *(date)* 04/01/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: On April 1, 2026, I or somebody under my direction electronically published the Complaint, TRO, Summons, all signed Orders,and all other documents on a website. On the same day, I or somebody under my direction sent an e-mail that includes a link to said website

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/04/2026

/s/Shengmao Mu
*Server's signature*

SHENGMAO MU, attorney
*Printed name and title*

Whitewood Law PLLC, 57 West, 57th Street, 3rd and 4th Floors, New York, New York, 10019
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| TOHO CO., LTD.<br>*Plaintiff(s)*<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT<br>*Defendant(s)* | ) | Civil Action No. 26-cv-1871 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/1/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | ahlabuy | Domain | ahlabuy.com |
| 2 | akiomakes | Domain | akiomakes.com |
| 3 | amazinghoodie | Domain | amazinghoodie.com |
| 4 | ANASLADY | Domain | anaslady.com |
| 5 | animefwiw | Domain | animefwiw.com |
| 6 | Animeoutletshop | Domain | animeoutletshop.com |
| 7 | Army Merch Shop | Domain | armymerch.shop |
| 8 | Aylesbury Skateboards | Domain | aylesburyskateboards.co.uk |
| 9 | BABYANIMAL | Domain | babyanimal.shop |
| 10 | bestdvibe | Domain | bestdvibe.com |
| 11 | casecentro | Domain | casecentro.com |
| 12 | Cherrie Baby Boutique | Domain | cherriebaby.com.au |
| 13 | CHICHIM | Domain | chichim.com |
| 14 | chickenpod | Domain | chickenpod.us |
| 15 | DAYMIRA | Domain | daymira.com |
| 16 | Division Case | Domain | divisioncase.com |
| 17 | dogknightsproductions | Domain | dogknightsproductions.com |
| 18 | DTrend | Domain | dashikitrend.com |
| 19 | DyKeycap Artisan | Domain | dykeycap.com |
| 20 | elevenGK | Domain | elevengk.com |
| 21 | DISMISSED | DISMISSED | DISMISSED |
| 22 | EXIT SKATE SHOP | Domain | exit.mo |
| 23 | Family Gift | Domain | family-gift.com |
| 24 | Flazzstore Indonesia | Domain | flazzstoreindonesia.com |
| 25 | funkytshirt | Domain | funkytshirt.net |
| 26 | FYLZGO Signs | Domain | lz-go.com |
| 27 | G4SKY | Domain | g4sky.net |
| 28 | gamesanimationcollectibles | Domain | gamesanimationcollectibles.com |
| 29 | gearfandom | Domain | gearfandom.com |
| 30 | GEARHUMANS | Domain | gearhumans.com |
| 31 | Giftvoy | Domain | giftvoy.com |
| 32 | DISMISSED | DISMISSED | DISMISSED |
| 33 | Hallowitch Costumes | Domain | hallowitchcostumes.com |
| 34 | HBX | Domain | hbx.com |
| 35 | hhoodie | Domain | hhoodie.com |
| 36 | DISMISSED | DISMISSED | DISMISSED |
| 37 | Hoodieshow | Domain | hoodieshow.com |
| 38 | hoodifize | Domain | hoodifize.com |
| 39 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | Hoosshop | Domain | hoosshop.com |
| 41 | igtr.store | Domain | igtr.store |
| 42 | DISMISSED | DISMISSED | DISMISSED |
| 43 | Johnny Ruth | Domain | johnnyruth.com |
| 44 | Jonvidesign | Domain | jonvidesign.com |
| 45 | kaioland | Domain | kaioland.com |
| 46 | Kawaii Kids | Domain | kawaiikids.com.au |
| 47 | lameagor | Domain | lameagor.com |
| 48 | magichoodies | Domain | magichoodies.com |
| 49 | MenModeX | Domain | menmodex.com |
| 50 | mihoodie | Domain | mihoodie.com |
| 51 | miraicollectibles | Domain | miraicollectibles.com |
| 52 | Motifgo | Domain | motifgo.com |
| 53 | DISMISSED | DISMISSED | DISMISSED |
| 54 | Mxcostume | Domain | mxcostume.com |
| 55 | DISMISSED | DISMISSED | DISMISSED |
| 56 | DISMISSED | DISMISSED | DISMISSED |
| 57 | NOHOW | Domain | nohowstyle.com |
| 58 | NOXFAN | Domain | noxfan.com |
| 59 | ohmyprimus | Domain | ohmyprimus.com |
| 60 | ovaventure | Domain | ovaventure.com |
| 61 | Owl Ohh | Domain | owlohh.com |
| 62 | Perspirature | Domain | perspirature.com |
| 63 | DISMISSED | DISMISSED | DISMISSED |
| 64 | pleasantswear | Domain | pleasantswear.com |
| 65 | DISMISSED | DISMISSED | DISMISSED |
| 66 | ROCK YOUR BABY | Domain | rockyourbaby.com |
| 67 | sherateen | Domain | sherateen.com |
| 68 | Skitongifts | Domain | skitongifts.com |
| 69 | SOPULA | Domain | sopula.com |
| 70 | Starlystar | Domain | starlystar.com |
| 71 | sunjimise | Domain | sunjimise.com |
| 72 | swaggerlikeme | Domain | swaggerlikeme.com |
| 73 | Teefufu | Domain | teefufu.com |
| 74 | The New Shirt Shop | Domain | thenewshirtshop.com.au |
| 75 | DISMISSED | DISMISSED | DISMISSED |
| 76 | tokyo-tiger | Domain | tokyo-tiger.com |
| 77 | Toptidez | Domain | toptidez.com |
| 78 | TopWear | Domain | topwear.shop |
| 79 | Tuned. Shop | Domain | tunedshop.com |
| 80 | Uflashion | Domain | uflashion.com |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 81 | Uifami | Domain | uifami.com |
| 82 | VChics | Domain | vchics.com |
| 83 | VCR Zone | Domain | vcr.zone |
| 84 | Vercoo | Domain | vercoo.com |
| 85 | Vintage & Rags | Domain | vintage-rags.de |
| 86 | wishiny | Domain | wishiny.com |
| 87 | WorldWideShirt | Domain | worldwideshirt.com |
| 88 | Yiyang Xing Digital Technology Longyan Co Ltd | Domain | yiyangxing.com |
| 89 | Quocoa | Domain | store.quocoa.com |
| 90 | DISMISSED | DISMISSED | DISMISSED |
| 91 | Shark Shirts | Domain | sharkshirts.in |
| 92 | animehoodie | Domain | animehoodie.com |
| 93 | Aussie Toys Online | Domain | aussietoysonline.com.au |
| 94 | DISMISSED | DISMISSED | DISMISSED |
| 95 | iloveminti | Domain | iloveminti.com |
| 96 | Liberty Co AU | Domain | libertyco.com.au |
| 97 | Minifigure Gifts | Domain | minifiguregifts.com |
| 98 | NOWADAYS | Domain | nowadays.com |
| 99 | Retro Styler | Domain | retrostyler.com |
| 100 | DISMISSED | DISMISSED | DISMISSED |
| 101 | DISMISSED | DISMISSED | DISMISSED |
| 102 | VCR Zonee | Domain | vcr.zonee |
| 103 | anhuishengquanjianzhulaowufenbao | Amazon | A3UAVM70IUN2AD |
| 104 | Cute-patch | Amazon | A2ODV67K35OZUD |
| 105 | duwentao123456 | Amazon | A34USC3L2C28RI |
| 106 | fuyangchezhihuaqichefuwu | Amazon | ADV1I08LG9MM3 |
| 107 | GAWEAME | Amazon | A10BT4DK2R14JK |
| 108 | HAIYOUBAI | Amazon | A1OK311JMEEZYF |
| 109 | HeBiBaoYueJianCaiYouXianGongSi | Amazon | A35KBK7WJNMWIF |
| 110 | HUU TUE | Amazon | A1X38W5O0YY5VL |
| 111 | Japan E-trade Online | Amazon | A1V7DF8B30ARTP |
| 112 | NXJRDS | Amazon | A10RPGVIVFE22G |
| 113 | Shunrule Trading | Amazon | A3W3WQMWT979W2 |
| 114 | shuowangweishangmaoyouxiangongsi | Amazon | A3OHA6N9WB4SIH |
| 115 | Thunder Japan | Amazon | AUBN54HLJKC0N |
| 116 | WWJLK | Amazon | A3DZV8Q0PKREY8 |
| 117 | zanlin | Amazon | A2TALNQINX2WBI |
| 118 | ZHOUYANGMAIWAODIAN | Amazon | A39TX28AB7PWIZ |
| 119 | CDFM | Walmart | 101694685 |
| 120 | Chunfang Toys store | Walmart | 101643822 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 121 | Circleprints | Walmart | 102506716 |
| 122 | cunkangshangmao | Walmart | 102514530 |
| 123 | cyudhjiuykiit | Walmart | 102576546 |
| 124 | Enjoy trade | Walmart | 102485945 |
| 125 | Fashion Icon | Walmart | 101645682 |
| 126 | Fearlessin | Walmart | 101184512 |
| 127 | foshanshiheguyiqishangmao | Walmart | 101654342 |
| 128 | GCTOYS COLLECTION | Walmart | 101625444 |
| 129 | GuangZhouFuLong | Walmart | 102483567 |
| 130 | guchengxianquyanshangmaoyouxiang ongsi | Walmart | 101644032 |
| 131 | Heavenly gifts | Walmart | 102571020 |
| 132 | jinanningboxinxikeji | Walmart | 102496803 |
| 133 | jincheng8888 | Walmart | 101666261 |
| 134 | leiliang | Walmart | 102495526 |
| 135 | longhaixinghuigongyinglian | Walmart | 101651803 |
| 136 | MingYuanDian | Walmart | 101695713 |
| 137 | Moyanwangluo | Walmart | 102479387 |
| 138 | Pertemba US | Walmart | 101046686 |
| 139 | qianfumaoyi | Walmart | 101690509 |
| 140 | qingyinli | Walmart | 101691938 |
| 141 | Rongwang Lighting store | Walmart | 101685516 |
| 142 | shenzhenshipuyukeji | Walmart | 101642277 |
| 143 | TianChen | Walmart | 101659818 |
| 144 | Walqfu | Walmart | 101613988 |
| 145 | YinFengBeauty | Walmart | 101650727 |
| 146 | yiqimaoyi | Walmart | 101671355 |
| 147 | YUNZONG | Walmart | 101662955 |
| 148 | Z-Edge Ensemble | Walmart | 102502642 |
| 149 | zhangyuanyun | Walmart | 101653586 |
| 150 | ZhongXiangShi | Walmart | 101695091 |